**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

ROBERT A. MAHAFFY,                      :

                                      :

                Plaintiff,      :

                                        :

            v.                  :    Case No. 09 Civ. 1593 (AKH)

                                        :

THE CITY OF NEW YORK; THE NEW YORK   :
CITY DEPARTMENT OF EDUCATION; BRONX  :
AEROSPACE ACADEMY HIGH SCHOOL; and   :
BARBARA KIRKWEG, in her official and individual  :
capacities,                             :

                                        :

                Defendants.    :
------------------------------------------------------------------ x

## DECLARATION OF GREGORY N. FILOSA IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

GREGORY N. FILOSA, an attorney admitted to practice before this Court, hereby

deposes and states under penalty of perjury, that:

1.      I am a member of the bar of this Court and am associated with the law firm of

Thompson Wigdor & Gilly LLP ("TWG" or "Plaintiff's Counsel"). We are counsel for Plaintiff

Robert Mahaffy ("Plaintiff" or "TSgt. Mahaffy") in the above-captioned action against

Defendants The City of New York (the "City"), the New York Department of Education

("DOE"), Bronx Aerospace Academy ("Bronx Aerospace" or the "School") (collectively "City

Defendants") and Barbara Kirkweg ("Defendant Kirkweg").

2.      I submit this Declaration with the exhibits attached hereto in support of Plaintiff's

opposition to all Defendants' Motions for Summary Judgment.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in this

action.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of City Defendants'

Answer to the Complaint.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Defendant Kirkweg's

Answer to the Complaint.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from the

deposition of Plaintiff Robert Mahaffy, taken on March 11 and March 17, 2010.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the

deposition of Defendant Barbara Kirkweg, taken on May 25 and August 2, 2010.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from the

deposition of MaryAnne Mandell, taken April 19 and April 23, 2010.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from the

deposition of Elena Papaliberios, taken on June 14, 2010.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the Affidavit of William

McCoy, dated September 23, 2010.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the Affidavit of Greg

Winn, dated March 12, 2010.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the Salary History of

Plaintiff Mahaffy Bates-stamped D000395-96.

13.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the transcript from the

Performance Rating Appeal Hearing of Plaintiff Mahaffy documents produced in discovery by

Plaintiff Bates-stamped RM0819-45.

14.     Attached hereto as Exhibit 12 is a true and correct copy of Section 5 of the Collective Bargaining Agreement ("CBA") between the DOE and the United Federation of Teachers ("UFT"), Bates-stamped D000603-05.

15.     Attached hereto as Exhibit 13 is a true and correct copy of Section 17 of the CBA between the DOE and UFT, Bates-stamped, D000690-95.

16.     Attached hereto as Exhibit 14 is a true and correct copy of the Grievance Committee Decision regarding Plaintiff Mahaffy's Termination Grievance, Bates-stamped D000492-93.

17.     Attached hereto as Exhibit 15 is a true and correct copy of the Report of the Committee Reviewing TSgt. Mahaffy's Unsatisfactory Rating, Bates-stamped D000458-59.

18.     Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff Mahaffy's Air Force Performance Reviews for calendar years 1999 through 2003, Bates-stamped RM0309-18.

19.     Attached hereto as Exhibit 17 is a true and correct copy of an email sent by Defendant Kirkweg to Plaintiff Mahaffy, dated August 25, 2007 and Bates-stamped D003675.

20.     Attached hereto as Exhibit 18 is a true and correct copy of an email sent by Defendant Kirkweg to Jo Alice Talley dated, September 11, 2007 and Bates-stamped D003755.

21.     Attached hereto as Exhibit 19 is a true and correct copy of an email from Defendant Kirkweg to Plaintiff Mahaffy, dated November 22, 2007 and Bates-stamped D004084.

22.     Attached hereto as Exhibit 20 is a true and correct copy of the resignation letter of MSgt. Joseph Picone to Defendant Kirkweg, dated April 16, 2007 and Bates-stamped BK 107.

23.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a letter from Defendant Kirkweg to MSgt. Joseph Picone, dated April 16, 2007 and Bates-stamped D001198.

24.     Attached hereto as <u>Exhibit 22</u> is a true and correct copy of the resignation letter of TSgt. Bobby Williams to Defendant Kirkweg, dated April 16, 2007 and Bates-stamped BK 108.

25.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy of a letter from Defendant Kirkweg to TSgt. Bobby Williams, dated April 16, 2007 and Bates-stamped D001197.

26.     Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Plaintiff Mahaffy's class schedule for the week of January 28, 2008 and Bates-stamped RM0055.

27.     Attached hereto as <u>Exhibit 25</u> is a true and correct copy of an email from Defendant Kirkweg to Jo Alice Talley, dated February 13, 2008 and Bates-stamped D004768.

28.     Attached hereto as <u>Exhibit 26</u> is a true and correct copy of the Observation Report conducted by MaryAnne Mandell, dated, February 12, 2008 and Bates-stamped D000424-26.

29.     Attached hereto as <u>Exhibit 27</u> is a true and correct copy of the Termination Letter from Defendant Kirkweg to Plaintiff Mahaffy, dated May 3, 2009 and Bates-stamped RM0001.

30.     Attached hereto as <u>Exhibit 28</u> is a true and correct copy of a complaint from Parent Coordinator Chandra Joseph, dated February 9, 2008 and Bates-stamped BK0142.

31.     Attached hereto as <u>Exhibit 29</u> is a true and correct copy of a complaint from Parent Coordinator Chandra Joseph, dated February 29, 2008 and Bates-stamped BK0143.

32.     Attached hereto as <u>Exhibit 30</u> is a true and correct copy of an email from MaryAnne Mandell to Defendant Kirkweg, dated March 2, 2008 and Bates-stamped RM0012.

33.     Attached hereto as <u>Exhibit 31</u> is a true and correct copy of a complaint by MaryAnne Mandell, dated March 19, 2009 and Bates-stamped RM0013.

34.     Attached hereto as <u>Exhibit 32</u> are true and correct copies of a Letter of Reprimand from MaryAnne Mandell to Plaintiff Mahaffy dated, March 24, 2008 and Plaintiff Mahaffy's Rebuttal letter, dated March 25, 2008 and Bates-stamped RM0021-23.

35.     Attached hereto as <u>Exhibit 33</u> are true and correct copies of a Letter of Reprimand from MaryAnne Mandell to Plaintiff Mahaffy, dated April 11, 2008 and Plaintiff Mahaffy's Rebuttal, dated April 14, 2008 and Bates-stamped RM0028-30.

36.     Attached hereto as <u>Exhibit 34</u> are true and correct copies of a letter from MaryAnne Mandell to Plaintiff Mahaffy, dated April 14, 2008 and Plaintiff Mahaffy's Rebuttal bates-stamped RM0031-32.

37.     Attached hereto as <u>Exhibit 35</u> are true and correct copies of a letter from MaryAnne Mandell to Plaintiff Mahaffy, dated April 14, 2008 and Plaintiff Mahaffy's Rebuttal, dated April 14, 2008 and Bates-stamped RM0033-36.

38.     Attached hereto as <u>Exhibit 36</u> is a true and correct copy of a Doctor's Note from Dr. Leslie Bennett, dated April 6, 2008 and Bates-stamped RM0046.

39.     Attached hereto as <u>Exhibit 37</u> is a true and correct copy of an Observation Report conducted by Assistant Principal Michelle Penn, Bates-stamped RM0038-42.

40.     Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a letter sent to students' parents, dated March 30, 2008 and Bates-stamped RM0248

41.     Attached hereto as <u>Exhibit 39</u> is a true and correct copy of an email from Timothy Opium to Sharon Berger, dated April 8, 2008 and Bates-stamped D006111-12.

42.     Attached hereto as <u>Exhibit 40</u> is a true and correct copy of an email from Timothy Opium to Brian Rosenbloom, dated April 9, 2008 and Bates-stamped D006113.

43.     Attached hereto as <u>Exhibit 41</u> is a true and correct copy of an email from Elena Papaliberios to Brian Rosenbloom, dated April 22, 2008 and Bates-stamped D006110.

44.     Attached hereto as <u>Exhibit 42</u> is a true and correct copy of an email to Elena Papaliberios, dated April 28, 2008 Bates-stamped D006109.

45.     Attached hereto as <u>Exhibit 43</u> is a true and correct copy of an email from Timothy Opium to Elena Papaliberios, dated May 8, 2008 and Bates-stamped D006138-39.

46.     Attached hereto as <u>Exhibit 44</u> is a true and correct copy of an email from MaryAnne Mandell to Plaintiff Mahaffy, dated May 12, 2008 and Bates-stamped D002543.

47.     Attached hereto as <u>Exhibit 45</u> is a true and correct copy of an article from The Dailey New entitled "Air Force May Ground BX. HS," dated May 14, 2008 and Bates-stamped RM0082.

48.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy of a Step l Grievance Form filed by Plaintiff Mahaffy, dated May 15, 2008 and Bates-stamped D000520.

49.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy of Plaintiff Mahaffy's Annual Performance Review for the 2007-2008 school year Bates-stamped D000410-11.

50.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy of a letter from Defendant Kirkweg to Michelle Penn, dated November 30, 2008 and Bates-stamped D005963.

51.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a document entitled "Chancellor's Committee Report," Bates-stamped D000456.

52.     Attached hereto as <u>Exhibit 50</u> is a true and correct copy of a letter from Santiago Taveras to Plaintiff Mahaffy, Defendant Kirkweg and E. Papaliberios, Bates-stamped D000485.

53.     Attached hereto as <u>Exhibit 51</u> is a true and correct copy of the Interview Application completed by Michael Hill, Capt., USAF (Ret.), dated November 3, 2006 and Bates-stamped RM0258-59.

54.     Attached hereto as <u>Exhibit 52</u> is a true and correct copy of a letter from the Special Commissioner on Investigation to Hon. Joel I. Klein, Chancellor of the New York City Public Schools, dated April 2, 2010 and Bates-stamped BK0220-27.

55.     Attached hereto as <u>Exhibit 53</u> is a true and correct copy of a letter from Col. Richard Ragaller to Elena Papaliberios, dated April 10, 2008 and Bates-stamped RM0085-86.

56.     Attached hereto as <u>Exhibit 54</u> is a true and correct copy of a letter from Col. Norm Balchunas to Defendant Kirkweg, dated April 24, 2006 and Bates-stamped BK0119-21.

57.     Attached hereto as <u>Exhibit 55</u> is a true and correct copy of an email from Defendant Kirkweg to Marge Feinberg, dated May 12, 2008 and Bates-stamped D005523-24.

58.     Attached hereto as <u>Exhibit 56</u> is a true and correct copy of an email from MaryAnne Mandell to Plaintiff Mahaffy, dated May 12, 2008 and Bates-stamped D002543.

59.     Attached hereto as <u>Exhibit 57</u> are true and correct copies of the confidential portions from the Deposition of Defendant Barbara Kirkweg.

60.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2010
      New York, New York

_____
Gregory N. Filosa