# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


ROBERT MAHAFFY                )
                              )
        Plaintiff,            )
                              )
            vs.               ) Index No. 09 CV 1593
                              )
THE CITY OF NEW YORK; THE     )
NEW YORK CITY DEPARTMENT OF   )
EDUCATION; BRONX AEROSPACE    )
ACADEMY HIGH SCHOOL; and      )
BARBARA KIRKWEG, in her       )
official and individual       )
capacities,                   )
                              )
        Defendants.           )
------------------------------)


VIDEOTAPED DEPOSITION OF BARBARA KIRKWEG

New York, New York

Tuesday, May 25, 2010


Reported by:
MICHELLE COX
JOB NO. 19226

1                          Kirkweg

2          Q.    Did you have any other periods of --

3     any gaps in that service or --

4          A.    No.  Well --

5          Q.    -- was it continuous?

6          A.    -- when I went to ROTC.  When I went

7     to college, I was out.

8                MR. KRETZ:  Let him finish the

9          question, please.

10         Q.    And you went to college at Embry

11    Riddle.

12               You finished in 1984, right?

13         A.    Right.

14         Q.    When did you start?

15         A.    I started part-time in 1976.  And

16    full-time in 1982.

17         Q.    So during the period from '76 to

18    '82, you were part-time, still in the Air Force?

19         A.    Yes.

20         Q.    From '82 to 1984 you were full-time

21    and out of the Air Force?

22         A.    Correct.

23         Q.    And then you went back in on active

24    duty upon your graduation in 1984?

25         A.    Right.

1                       Kirkweg

2         Q.    Where were you employed following

3    your retirement from active duty in July 1996?

4         A.    At New York City Department of

5    Education.

6         Q.    And what was your position?

7         A.    I was senior aerospace science

8    instructor.

9         Q.    With which school?

10        A.    Evander Childs High School.  Evander

11   Childs High School.

12        Q.    And what were your duties as senior

13   aerospace science instructor at Evander Childs

14   High School?

15        A.    Started the program there and talked

16   to parents and students about becoming members

17   of the Air Force Junior ROTC.  Operating the

18   Junior ROTC Corp.  Teaching the -- the officer

19   part of the course.

20        Q.    Anything else?

21        A.    The normal duties that would be

22   associated with being a -- a department, sort of

23   chairperson.

24        Q.    So as senior aerospace science

25   instructor, you were a department chairperson?

1                       Kirkweg

2          A.    We're considered department

3     chairpersons.

4          Q.    Considered by whom?

5          A.    The Air Force and the principal of

6     the school.

7          Q.    And what -- what does it mean to be

8     considered the department chairperson?

9          A.    Well, it means that you don't need

10    to have a supervisor's license.  But they

11    consider you at the meetings that you have input

12    as if you were a department head.  And you are

13    known to be responsible for the department.

14         Q.    Now, were you there other employees

15    in this department?

16         A.    One.

17         Q.    One at the time that you --

18         A.    I'm sorry?

19         Q.    You say one.

20               Is it one at the time that you

21    began --

22         A.    Yes.

23         Q.    -- as -- okay.

24               And what -- what other portion was

25    this?

1                    Kirkweg

2         A.    No.  Major Kelly was the senior

3    aerospace science instructor.

4         Q.    At the same time as you were?

5         A.    No.

6         Q.    So what position did you hold when

7    Major Kelly was the senior aerospace science

8    instructor?

9         A.    That's -- I was transitioning to the

10   principalship.

11        Q.    So when did you begin to transition

12   to the principal position?

13        A.    Between 2001 and 2002.

14        Q.    So you said Major Kelly started in

15   2000, right?

16        A.    I'm not sure.  It was 2000 or 2001.

17   I don't know.  You'd have to check the record.

18   I don't know.

19        Q.    Okay.  Any other -- any other

20   aerospace science instructor or senior aerospace

21   science instructors employed other than Sergeant

22   Williams, Major Kelly, Sergeant Picone at

23   Evander Childs High School?

24             MR. KRETZ:  During the period of

25        time before she became principal?

1                         Kirkweg

2         A.    That when people want to disagree

3    they grieve.

4         Q.    Do you have any involvement in the

5    grievance process?

6         A.    Yes.  I participate in the hearing.

7         Q.    What about -- do you -- do you have

8    any involvement in the step one grievance?

9         A.    I either uphold it or deny it.

10        Q.    So step one always comes to you as

11   principal first?

12        A.    Yes.

13        Q.    Have you ever upheld a step one

14   grievance?

15        A.    Yes.

16        Q.    In what instance?

17        A.    I believe I upheld the step one

18   grievance in the -- in the case of the sergeants

19   requesting a different time schedule.

20        Q.    And when was that grievance filed?

21        A.    January, February of 2008.

22        Q.    So that was a grievance that -- that

23   they filed?

24        A.    It came to me.  So it was a

25   grievance, yes.

1                     Kirkweg

2          Q.    And who brought it to you?

3          A.    My UFT rep.

4          Q.    And who is that?

5          A.    Ms. Appiah.  Appiah, A-P-P-I-A-H.

6          Q.    And how did she bring it to you?

7          A.    She spoke to me.

8          Q.    And what did she say when she spoke

9     to you?

10         A.    That the sergeants objected to their

11    time schedule.

12         Q.    Did she say anything else other than

13    that the sergeants objected to their time

14    schedule?

15         A.    That they wanted her to notify the

16    Bronx UFT that they objected.

17         Q.    And what was your -- what was your

18    response to the step one grievance?

19         A.    That she should notify the Bronx

20    UFT.

21         Q.    Did she?

22         A.    Yeah, she did.

23         Q.    And what happened next?

24         A.    And then I received a telephone call

25    from Ms. Lynn Winderbaum at the Bronx UFT.

Kirkweg

1  Q.    And what did Ms. Winderbaum say?

2       Why did -- strike that.

3       Why did Ms. Winderbaum contact you?

4  A.    Because she wanted to speak to me
about the schedule.

5  Q.    And what did she say about the
schedule?

6  A.    She said that I should change their
schedules.

7  Q.    And did you?

8  A.    I did.

9  Q.    Why did you --

10  A.    I had my AP do it.

11  Q.    Why did you change the schedule?

12  A.    Because they objected to it, and I
do not believe that people who are forced to
work hours that they don't want to work are good
for children.

13  Q.    No.  Why did you change the
schedule?

14  A.    Because they didn't want to work the
hours.

15  Q.    So you had said that you believe --
you didn't believe that people that objected to

1                          Kirkweg

2       the schedules that they were given were good for

3       children?

4              A.     I believe that if people --

5                     MR. KRETZ:  Objection.

6              A.     -- are forced to work hours that

7       they are grieving, that they are in disagreement

8       with, that it's not going to be good for

9       children to be with those people during those

10      times.

11             Q.     Why did you believe that?

12             A.     Because I think it's an unhealthy

13      situation to force people into situations with

14      children when they were clearly stating that

15      they didn't want to be there.

16             Q.     And how were they clearly stating

17      that they didn't want to be there; by filing a

18      grievance?

19             A.     They were stating that they wanted

20      to work less hours than they had agreed to work.

21             Q.     And this was done by contacting the

22      -- the union?

23                    They spoke to the -- they spoke to

24      the chapter leader that came to you and went to

25      the -- the -- strike all that.

1                         Kirkweg

2      filed a grievance over during his employment?

3           A.    He filed a grievance when he was

4      terminated.  He filed a grievance for pay,

5      for -- that he didn't get adequate overtime pay.

6      Those are the two that I remember.  There were

7      probably more.  I don't remember.

8           Q.    What about the grievance over the

9      schedule change; was he involved in that?

10          A.    Oh, yes.  I forgot that.  Yes.

11          Q.    So did he file a grievance over the

12     schedule change?

13          A.    I don't know who personally did it.

14     The UFT chapter leader brought it to me.  I

15     don't know who had brought it to her.  I assumed

16     it was him.

17          Q.    Why did you assume it was him?

18          A.    Because he was the -- at the time,

19     the senior aerospace science instructor, and the

20     others were taking their lead from him.

21          Q.    Do you recall whether or not

22     Sergeant Mahaffy filed a grievance related to an

23     unsatisfactory rating?

24          A.    I don't remember.  He could have.  I

25     don't remember.

1                      Kirkweg

2        Q.    During the course of Sergeant

3   Mahaffy's employment with Bronx Aerospace, do

4   you recall any grievance filed by other

5   teachers?

6        A.    During the time that he was there,

7   no.  But it doesn't mean it didn't happen.  I

8   just don't recall.

9        Q.    You just don't recall.

10             MR. FILOSA:  Why don't we take a

11        break for a minute.

12             MR. KRETZ:  Sure.

13             THE VIDEOGRAPHER:  The time is 12:13

14        p.m.  Going off the record.

15             (Recess taken.)

16             THE VIDEOGRAPHER:  The time is 12:24

17        p.m.  We're back on the record.

18        Q.    Ms. Kirkweg, do you know when

19   Sergeant Mahaffy's employment with the school

20   began?

21        A.    2007, winter.  February or March.

22        Q.    And do you know if he applied for a

23   position at the school?

24        A.    He applied to the Air Force, and

25   they nominated him to the school.

1                    Kirkweg

2        Q.    Did you interview him for a

3    position?

4        A.    I interviewed him a couple of times.

5            MR. FILOSA:  Could you mark this as

6        1.  Kirkweg 1.

7            MR. KRETZ:  Thank you.

8            (Kirkweg Exhibit 1, Document

9        Entitled "Interview of AFJROTC Instruction

10        Applicant," marked for identification as

11        of this date.)

12        Q.    You're being shown a document that's

13    been marked as Kirkweg Exhibit 1.  It's a

14    two-page document Bates numbered RM0258 to 259.

15            Please take a moment to review the

16    document.  Let me know when you're ready.

17        A.    Okay.

18        Q.    Do you recognize this document?

19        A.    No.

20        Q.    Have you ever seen it before?

21        A.    No.

22        Q.    Do you know what it is?

23        A.    Apparently it's an interview that

24    Mr. Mahaffy had at Aviation High School.

25        Q.    And was this provided to you when

1                      Kirkweg

2          A.    No.

3          Q.    Following Sergeant Mahaffy's

4    interviews with you, did you hire him for the

5    position?

6          A.    I did.

7          Q.    What position was he hired for?

8          A.    For aerospace science instructor.

9          Q.    And did you need anyone's approval

10   to hire Sergeant Mahaffy?

11         A.    No, I didn't.

12         Q.    And why did you hire him for the

13   aerospace science instructor position?

14         A.    Because I had an advertised vacancy,

15   and I needed someone to fill it.

16         Q.    Did you feel that he would be a good

17   fit for the position?

18         A.    At the time of the interview, of

19   course.

20         Q.    Now, if you look at Page 2 of what's

21   been marked has Kirkweg Exhibit 1, the first

22   sentence of -- if you look at the bottom of Page

23   2 it says, "Applicant's overall qualifications."

24   The first sentence says:  "Sergeant Mahaffy is

25   the kind of dedicated, motivated NCO we want to

1                           Kirkweg

2      attract to the program."

3                At the time of your -- at the time

4      that you interviewed Sergeant Mahaffy, did you

5      agree with that?

6           A.    I hadn't seen this, so I couldn't

7      agree or disagree with it.

8           Q.    But at the -- based on your

9      interviews, did you feel that Sergeant Mahaffy

10     was a dedicated, motivated NCO, the type that

11     the Air Force wanted to attract to the program?

12                MR. KRETZ:  Objection.

13          A.    I believe that he was the one who

14     was qualified for the position.  I had a

15     vacancy.  I could not, through an interview,

16     determine these types of attributes.

17          Q.    Why couldn't you?

18          A.    Because you would have to know the

19     person to tell whether or not they were

20     dedicated and motivated.  You could not tell

21     that by two interview sessions.

22          Q.    So it was two interviews that you

23     had with him?

24          A.    I did, yes.

25          Q.    At the time that you hired Sergeant

1                        Kirkweg

2    Mahaffy, did you have any understanding as to

3    whether the Air Force JROTC instructors were

4    covered by the collective bargaining agreement?

5          A.    I didn't have an understanding one

6    way or the other.  It was not something that

7    came up.

8          Q.    So you don't know if they were

9    characterized as a teacher, a substitute

10   teacher?

11         A.    Well, I know that they were subs.

12   But that's not -- I didn't discuss the union

13   with them at their interview.

14         Q.    Did you ever discuss their union

15   status with Sergeant Mahaffy?

16         A.    No.  I discussed with the UFT rep

17   when she brought the grievance to me, but --

18         Q.    What about his status as whether or

19   not he was a teacher, a substitute teacher, a

20   regular substitute?

21         A.    That's not defined by myself.

22   That's defined by the fact that ROTC instructors

23   do not have a license that New York City

24   ascribes to be a teacher.  They are a

25   supplementary personnel.  And, therefore, they

                        Kirkweg

1

2   are substitute teachers.

3        Q.    Did you ever discuss this with

4   Sergeant Mahaffy?

5        A.    No.

6        Q.    Did he ever ask what his job

7   classification was?

8        A.    He filled out a supplementary

9   personnel application in order to acquire the

10  job.  So the assumption would be that he knew

11  it.

12       Q.    And is a copy of the supplementary

13  application in his personnel file?

14       A.    I produced a -- a copy of it for the

15  reproduction.  I assume the one that he

16  completed is in his file.

17       Q.    And this is a supplementary

18  personnel --

19       A.    Personnel --

20       Q.    -- application?

21       A.    -- application, yes.

22       Q.    Did you ever consult with the

23  Department of Education to determine what the --

24  Sergeant Mahaffy or any other aerospace science

25  instructor, what their job classification was?

1                        Kirkweg

2          A.    Yes.

3          Q.    Okay.  And is the -- the copy -- the

4     e-mail that was quoted in the complaint?

5          A.    Yes.

6          Q.    Okay.

7                MR. FOLEY:  Just objection.

8          Q.    And why did you write this e-mail to

9     Sergeant Mahaffy?

10         A.    Because I thought that he had

11    completed an outstanding job in our bridge

12    program.

13         Q.    And at the time you wrote that you

14    did believe that?

15         A.    Yes.  It was one week, and it was

16    good.

17         Q.    In you -- you -- in the e-mail you

18    state, "Our school is very lucky, and our kids

19    are blessed to have you as our SASI."

20         A.    Right.

21         Q.    And you -- you agree with that

22    statement at the time you wrote it?

23         A.    Yes.

24         Q.    And what is -- what is the bridge

25    program?

Kirkweg - Confidential

1

2      Q.    And how did this make them

3   physically incapable of completing the

4   extracurricular activities?

5      A.    They were not able to work a late

6   day with the students.  They were not able to

7   participate in weekend events.

8      Q.    How long had Sergeant Picone been

9   working at the school?

10     A.    Since the school began.

11     Q.    Since the school began?

12     A.    Since -- we came to the ROTC at the

13  same time.

14     Q.    How --

15     A.    Since '96.

16     Q.    Okay.  And when -- when did he

17  develop a heart problem?

18     A.    I'm not sure when he developed it.

19  I don't know.

20     Q.    When were you made aware of it?

21     A.    A couple of years before I asked him

22  to resign.

23     Q.    So he had -- he had been able to

24  perform this -- this position for a couple of

25  years before you came to the conclusion that he

1                     Kirkweg

2          MR. KRETZ:  Objection.

3      A.    I don't know.

4      Q.    Did you decide to relieve them of

5  their duties as instructors at Bronx Aerospace?

6          MR. FOLEY:  Objection.

7          MR. KRETZ:  Objection.

8      A.    I did.  I asked them -- in the

9  letter that I gave to them that -- that is what

10 I would like to do.

11     Q.    So how is that different than

12 terminating them?

13         MR. KRETZ:  Objection.

14     A.    They were not terminated; they

15 resigned.

16     Q.    How is that different than

17 threatening that if they didn't sign the letter

18 they would be terminated?

19         MR. KRETZ:  Objection.

20     A.    It was not a threat.

21     Q.    How was it not a threat?

22     A.    It was not a threat.

23     Q.    But if they didn't sign the letter,

24 they would have been relieved of their position,

25 correct?

1                    Kirkweg

2            MR. KRETZ:  Objection.

3        A.    Do not -- I have never said that.

4        Q.    So what does it mean to relieve them

5    -- to relieve you of your instructor duty?

6        A.    That was my intent.

7        Q.    Is that -- is that different than

8    terminating their employment?

9        A.    Termination has different

10   connotations than a resignation.  For instance,

11   Sergeant Picone went to look for a position at

12   another school in New York City, which would

13   have been unlikely had he been terminated.

14       Q.    But I'm saying, though, if he hadn't

15   resigned, would he have been terminated?

16            MR. KRETZ:  Objection.

17       A.    I had not thought that far ahead.

18       Q.    Okay.  Did either Picone or Williams

19   object to being asked to resign?

20       A.    Not at all.

21       Q.    Do you know if they filed any

22   complaint related to their resignation?

23       A.    Afterward, they filed a grievance

24   that they had not signed the letters.

25       Q.    Do you know who they filed this

1                    Kirkweg

2    UFT.

3         Q.    And what did they notify -- and what

4    did the chapter leader notify you of?

5         A.    That they wanted to work the same

6    schedule as appointed teachers.

7         Q.    Did they say whether or not that was

8    consistent with the -- did the chapter leader

9    say whether or not that was required under the

10   contract?

11        A.    The chapter leader did not.

12        Q.    Did Ms. Winderbaum say whether or

13   not that was required under the contract when

14   you spoke to her?

15        A.    She did.

16        Q.    And she said that it was required

17   under the contract?

18        A.    She told me that I should give them

19   the same hours as teachers because subs should

20   be treated as teachers.

21        Q.    Did you agree with that, that they

22   should be treated as teachers?

23        A.    I did not agree that they should

24   work the same hours, no.

25        Q.    Why didn't you agree with that?

1                              Kirkweg

2          A.    Because they were paid 30 percent

3    more.  They weren't required to have college

4    degrees, and they weren't required to be

5    certified.

6          Q.    So why did all that lead -- why did

7    all of that lead you to believe that they

8    shouldn't be required to work the same hours?

9          A.    They were paid 30 percent more.

10               MR. KRETZ:  Objection.

11         A.    They didn't have certification

12   requirements.

13         Q.    And did you have any understanding

14   at that time of whether or not they are

15   teachers -- whether or not under the collective

16   bargaining agreement they should be treated as

17   teachers?

18         A.    I took Ms. Winderbaum at her word.

19         Q.    Did you have any understanding of

20   what the collective bargaining agreement

21   required?

22         A.    Not particularly.

23         Q.    And why not?

24               MR. KRETZ:  Objection.

25         A.    I don't know.

1                    Kirkweg

2          MR. FOLEY:  Objection.

3      A.    No.

4      Q.    Did you explain to -- did you

5  explain to Sergeant Mahaffy that he had

6  previously agreed to -- to work the eight-hour

7  schedule?

8      A.    No.

9      Q.    Why not?

10     A.    Because the grievance indicated that

11 they were not willing to work the eight-hour

12 schedule.  And as I had stated, I did not want

13 to place people with children who were not

14 agreeable.  It was not a healthy situation.

15     Q.    Why wasn't it -- why did you believe

16 that it wasn't a healthy situation?

17     A.    Because children need people who

18 want to be with them.  They don't need people

19 who are being forced to be with them.

20     Q.    So you didn't explain to Sergeant

21 Mahaffy or question why he was filing a

22 grievance when he had previously agreed to work

23 the eight-hour schedule?

24     A.    I concluded that it was as a result

25 of the budget cuts.

1                           Kirkweg

2          Q.     What did you do following -- strike

3      that.

4                 You talked about as part of your --

5      you had -- you had a phone conversation with

6      Lynn Winderbaum of the -- of the UFT --

7          A.     She telephoned me.

8          Q.     -- about the grievance.

9                 What did you do following that

10     conversation?

11         A.     I requested that the sergeants'

12     schedule be changed to match that of appointed

13     teachers.

14         Q.     And who did you make that request

15     to?

16         A.     Ms. Mandell.

17         Q.     Did she follow through with that

18     request?

19         A.     She did.

20         Q.     As part of your response -- strike

21     that.

22                Following -- following the

23     grievance, was Sergeant Mahaffy removed from the

24     senior aerospace science instructor position?

25         A.     He was.

                            Kirkweg

1

2      Q.    And why was that?

3      A.    Because he had to be scheduled for 6

4  hours and 50 minutes.  And he could not be

5  scheduled for 6 hours and 50 minutes with the

6  other two sergeants because the classes were in

7  excess of that time frame.

8      Q.    So the SASI position was -- was then

9  vacant?

10     A.    Yes, it was.

11           MR. FOLEY:  Objection.

12     Q.    And did you anticipate filling that

13 position?

14     A.    Ms. Talley agreed to readvertise it

15 immediately.

16     Q.    And if you filled that position,

17 would that -- what schedule would be assigned to

18 whoever filled that position?

19           MR. KRETZ:  Objection.

20     A.    An eight-hour schedule.

21     Q.    Even though the -- under the

22 contract the teachers were limited to a

23 6-hour-50-minute schedule?

24     A.    The Air Force requirement is that

25 they be treated as a department head.

1                        Kirkweg

2    Department heads worked eight hours.

3        Q.    Okay.  So you -- you wanted someone

4    -- a SASI that would work the eight-hour

5    schedule?

6        A.    They were required to work an

7    eight-hour schedule if they were to be treated

8    as a department head.

9        Q.    Had Sergeant Mahaffy not filed a

10   grievance, would he have remained the senior

11   aerospace science instructor?

12       A.    I don't know.

13       Q.    Did you have any intention of

14   removing him from that position prior to the

15   grievance?

16       A.    I hadn't thought about it.

17       Q.    Can you think -- okay.

18             Had Sergeant Mahaffy agreed to

19   continue working the eight-hour schedule, would

20   he have remained in the senior aerospace science

21   instructor position?

22             MR. KRETZ:  Objection.

23       A.    I wouldn't have asked -- I would not

24   have asked someone who filed a grievance to

25   continue to work hours that they had

1                    Kirkweg

2  that of appointed teachers.

3       Q.    Who required that?

4       A.    The UFT.

5       Q.    Now, as a result of Sergeant Mahaffy

6  no longer being the SASI, did the other

7  instructors -- was he still considered a

8  department chair?

9       A.    No.

10      Q.    Did the other aerospace science

11 instructors continue to report to him?

12      A.    They never reported to him.  This

13 was a waiver.  He could not have written them

14 up.  They was -- no, they did not report to him.

15 They were not there at the same time as him.

16 They could not report to him.

17      Q.    So he couldn't -- he couldn't

18 supervise them if he wasn't physically in the

19 building when they were there?

20      A.    That's right.

21      Q.    And is that -- is that a school

22 policy?

23      A.    I believe it's a commonsense policy.

24      Q.    How so?

25      A.    That I have no knowledge of what

1                        Kirkweg

2    you're doing if I'm at home.

3         Q.    So for any supervisor, they have to

4    be present during all hours that their report is

5    working --

6              MR. KRETZ:   Objection.

7         Q.    -- is that your opinion?

8         A.    Unless they have somebody to

9    delegate that to who was in a position to be

10   responsible for it.

11        Q.    Were the other teachers made aware

12   that Sergeant Mahaffy was no longer the SASI?

13        A.    I have no idea.

14        Q.    Did you notify any of the other

15   teachers that he was no longer the SASI?

16        A.    I notified the Air Force as I was

17   required to so that they could readvertise the

18   position.  I had no need to notify teachers.

19        Q.    Were any of the students made aware

20   that Sergeant Mahaffy was no longer the

21   senior --

22        A.    I'm not sure.

23        Q.    -- aerospace science instructor?

24        A.    I don't know if he told them.  I did

25   not speak to children about it.

1                           Kirkweg

2               What does -- what does that mean?

3        A.    That he is at the place where

4    students were scanned for contraband.

5        Q.    So is that the entrance to the -- to

6    the building?

7        A.    Yes.

8        Q.    Now, if you see "Period 1, Hallway

9    Duty."

10              So there's only one entry for

11   hallway duty on this schedule?

12       A.    Right.

13       Q.    Is that because he has less time,

14   less free time to be assigned hallway duty?

15       A.    That would be the immediate answer.

16       Q.    Did the -- did the assignment of the

17   students -- strike that.

18              Did the students that Sergeant

19   Mahaffy was assigned to during this period

20   change as a result of the schedule change?

21       A.    I think all of the teachers'

22   schedules changed pretty much.

23       Q.    And why is that?

24       A.    Because changing a schedule for

25   three people has a domino effect.

1                    Kirkweg

2  senior aerospace science position?

3           MR. FOLEY:  Objection.

4       A.    For the one year that I had required

5  -- that I had requested him to do so.

6       Q.    Okay.  At this point in time, how

7  long had he filled the senior position?

8       A.    Four or five months.

9       Q.    And when did you submit the waiver

10 for him to fill the position?

11      A.    In March or April upon his --

12 shortly after he began.  Four -- four to six

13 weeks after he started.

14      Q.    Did you retain a copy of that

15 document?

16      A.    Which document?

17      Q.    The -- whatever the waiver.

18           Is it -- is it a document, the

19 waiver?

20      A.    No.  It was just a verbal, I guess,

21 you know -- it was my requesting the Air Force

22 and their saying, yes, he can.

23      Q.    So you had made a verbal request to

24 the Air Force that Sergeant Mahaffy be given a

25 one-year waiver to fill the senior position?

1                        Kirkweg

2         A.    Yes.  Apparently so.

3         Q.    And you felt that you owed him a

4    debt of gratitude?

5         A.    That's what I said.

6         Q.    Do you know why you sent this?

7         A.    I believe I forwarded to him a

8    Google earth that had been forwarded to me; as

9    Bronx Aerospace was the only full-time Air Force

10   Junior ROTC in the country.  And it was, I

11   think, something to be proud of.

12        Q.    You go on to say, "You're a

13   wonderful group.  I know that."

14              At that time did you believe that

15   Sergeant Mahaffy and the other aerospace science

16   instructors were a wonderful group?

17        A.    Absolutely.

18        Q.    And why is that?

19        A.    Because at that time they were doing

20   a good job.

21        Q.    And you go on to say, "I am grateful

22   for what you do for our kids."

23              At the time you wrote that e-mail,

24   why were you grateful for what they did for the

25   kids?

1                    Kirkweg

2       A.   Well, there -- I think there had

3  been outside activities.  They were working

4  evenings.  And I thought it was a positive

5  experience for the children.

6            (Kirkweg Exhibit 18, E-mail Chain,

7        marked for identification as of this

8        date.)

9       Q.   You've been shown a document marked

10  Kirkweg Exhibit 18.  It's a one-page document

11  Bates stamped D003755.  Let me know when you've

12  had a chance to review it.

13      A.   Okay.

14      Q.   Now, this is an e-mail from you.

15            Is that to Sergeant Mahaffy again?

16      A.   Apparently, he had e-mailed me,

17  asking me to let the headquarters know that he

18  was now considered a SASI, and I responded to

19  him by doing that.

20      Q.   And copying Jo Talley from the Air

21  Force?

22      A.   Right.  Right.

23      Q.   And in the e-mail you -- the third

24  sentence, "I want to sincerely thank you for

25  finding a great fit for our school in Sergeant

1                    Kirkweg

2   Mahaffy."

3        A.    Right.

4        Q.    At the time that you wrote this, did

5   you believe that Sergeant Mahaffy was a great

6   fit for the school?

7        A.    I did.

8        Q.    Why did you believe that?

9        A.    Because at the time he was doing a

10  good job.

11       Q.    Now, why did you believe he was

12  doing a great job?

13       A.    I said he was doing a good job.

14       Q.    Why did you believe he was doing a

15  good job?

16       A.    Because he was, as far as I knew,

17  engaging the children.  And the ROTC seemed to

18  have, after the bridge program, been off to a

19  good start.  This was just one month after the

20  bridge program.  This was the second week of

21  school.

22       Q.    Now, at some point did your

23  impression of Sergeant Mahaffy's fit for the

24  school change?

25       A.    It did.

1                              Kirkweg

2          Q.    And when was that?

3          A.    Well, there were a number of items

4    that happened in the spring of 2008 that led me

5    to that belief.

6          Q.    Was the first that he filed a

7    grievance with the union?

8          A.    No.

9          Q.    But it was after he complained to

10   the union about his work schedule, right?

11         A.    Well, I mean, I think that was an

12   indication that he was not, you know, interested

13   in necessarily putting children first.

14         Q.    Because he wanted to be paid for the

15   time that he was working?

16              MR. KRETZ:  Objection.

17         A.    No.  Because he said he wanted to

18   work 6 hours and 50 minutes.

19         Q.    And why did you believe that that

20   was an indication that he wasn't putting the

21   children first?

22         A.    Because children can need people

23   after 6 hours and 50 minutes.

24         Q.    Did you feel that by filing the

25   grievance he wasn't dedicated to the school?

1                    Kirkweg

2    result of that and a number of other, what I

3    consider to be, things that demonstrate that

4    children were not coming first.

5         Q.    Now, did other teachers at the

6    school work a 6-hour-50-minute schedule?

7         A.    Some did.

8         Q.    And did you feel that they weren't

9    putting the students first?

10        A.    Not necessarily.

11        Q.    Why not?

12        A.    Because they weren't Junior ROTC

13   instructors, and that was not their goal.

14        Q.    So you had a different set of

15   standards for the Junior ROTC instructors?

16        A.    They were paid 30 percent more.

17        Q.    Now, at the end of the 2007/2008

18   school year, did you fill out a performance

19   rating for Sergeant Mahaffy?

20        A.    I did.

21        Q.    And did you rate him unsatisfactory?

22        A.    I did.

23        Q.    Do you recall whether he appealed

24   this rating?

25        A.    I believe he grieved it.  I think he

1          BARBARA KIRKWEG

2     about resignation?

3          Let me just read it.  No, it

4     doesn't.

5          Q.   The letter states, though, the

6     cause -- it lists a number of causes for

7     termination, correct?

8          A.   Yes.

9          Q.   I'm just going to run through

10    the list here.  It says that he received

11    three letters to file; is that correct?

12         A.   Yes.

13         Q.   And two written complaints

14    regarding unprofessional behavior by the

15    department chair?

16         A.   Yes.

17         Q.   And two written complaints from

18    the parent coordinator?

19         A.   Yes.

20         Q.   And one unsatisfactory lesson

21    observation?

22         A.   Okay.  One, yes.

23         Q.   Now, we also talked about the

24    statement that you based -- the statement

25    from the student that you based your

1                BARBARA KIRKWEG

2      done in the classroom by Ms. Mandel.

3           Q.    The date of this report is

4      February 6, 2008 -- I'm sorry, strike that.

5                The date of the observation is

6      February 6, 2008, correct?

7           A.    Right.

8           Q.    Is this one of the documents

9      that's referenced in the termination letter

10     that we discussed earlier?

11          A.    Yes.

12          Q.    Now, who conducted this

13     observation?

14          A.    This was the principal,

15     Ms. Mandel.

16          Q.    Why did she conduct the

17     observation?

18          A.    Because that's her job, to

19     observe teachers.

20          Q.    Does she conduct the

21     observations for all teachers at the

22     school?

23          A.    Yes.

24          Q.    Does anyone else assist in

25     conducting observations?

BARBARA KIRKWEG

1

2    you know?

3         A.    Because he asked people three

4    times to pick up their head and stop

5    talking.

6         Q.    But you weren't there, right?

7         A.    No, I'm reading this.

8         Q.    So, who do you think is in a

9    better position to evaluate the teacher's

10   observation, someone that's actually there

11   or someone that's just reading the report?

12             MR. FOLEY:  Objection.

13        A.    What I'm trying to explain is

14   that Ms. Penn clearly was not aware of good

15   bell-to-bell instruction if she assumed

16   that having to ask children twice to stop

17   talking and three times to lift their heads

18   up was consistent with being engaging.

19             MR. FILOSA:  27.

20             (Plaintiff's Exhibit

21        Kirkweg-27, a document bearing Bates

22        number D005963, marked for

23        identification, as of this date.)

24        Q.    Ms. Kirkweg, you've been shown

25   a document that has been marked as Kirkweg

1          BARBARA KIRKWEG

2     Exhibit 27.  It's a one-page document Bates

3     numbered D005963.

4              Please review --

5          A.    Oh, I did put it in her file.

6     I remember I heard about it in November,

7     but I didn't remember placing it in her

8     file, but I did.

9          Q.    Please let me know when you've

10    had a chance to review the document.

11         A.    I have reviewed it.

12         Q.    You indicate -- the bottom

13    sentence of the letter indicates, "it's

14    been place inside Ms. Penn's permanent

15    file."

16         A.    Yes, I did not recall placing

17    it in her file.  I recall writing it to

18    her.  But, apparently, I did place it in

19    her file.

20         Q.    Did you consider this a

21    reprimand?

22         A.    No.

23         Q.    Why not?

24         A.    Well, as I said, I think that

25    she needed to know, you know, something

1          BARBARA KIRKWEG

2     that had just been assigned to Sergeant

3     Mahaffy; is that correct?

4          A.    Well, yes, they had been

5     assigned shortly before.

6          Q.    Why were they assigned shortly

7     before?

8          A.    There were a number of changes

9     that had to occur once the sergeants had

10    demanded to work the same hours as

11    teachers.  And there was a ripple effect,

12    and I think that as the kids were sorted

13    out, this may have been one of the

14    byproducts of that.

15         Q.    Now, you said a number of

16    changes had to be made.

17         A.    Right.

18         Q.    This is following Sergeant

19    Mahaffy and the other sergeant's grievance

20    about their work schedule?

21         A.    They're refusing to work their

22    schedule.  So, we had to change pretty much

23    all of the schedules.

24         Q.    So, what changes -- you said

25    there were a number of changes that had to

1                    BARBARA KIRKWEG
2    be made.  What changes had to be made?
3         A.    Teachers, students, classrooms.
4    It reeked havoc with the schedule.
5         Q.    So, all teachers' schedules
6    were changed?
7         A.    I didn't say all.  I said a
8    number of.
9         Q.    How many?
10        A.    I'm not the scheduler.  I know
11   that it was extremely difficult to
12   straighten out the spring semester once
13   that determination was made.
14        Q.    As a result of that, teachers'
15   schedules were changes?
16        A.    No children's -- well, their
17   schedules were changed.  The ROTC teachers'
18   schedules were changed.
19        Q.    Were any teachers?
20        A.    No.  Classrooms had to be
21   changed and children had to be assigned to
22   different places and I'm saying this could
23   have been as a result of that.
24        Q.    The students, their individual
25   schedules --

1                BARBARA KIRKWEG

2        A.     Yes.

3        Q.     -- were changed?

4        A.     Yes.

5        Q.     The classrooms that they

6   attended --

7        A.     Yes.

8        Q.     -- were changed.

9               And the teachers' schedules,

10  were some of them changed as well?

11       A.     No, not their times, but what

12  they were teaching at the time.

13       Q.     So, Sergeant Mahaffy was

14  teaching a number of students and their

15  schedules were changed in the middle of the

16  semester and he hadn't taught them for the

17  whole marking period.  Is that fair to say?

18       A.     I'm not sure when it was

19  changed.  What I'm saying is that this

20  could have been a result of the numerous

21  changes which had to be made because of

22  their refusal to work their previous

23  schedule.

24       Q.     Now, did you discuss this

25  letter to the file with Ms. Mandel before

BARBARA KIRKWEG

1

2      A.    Yes.

3      Q.    Was a copy of this provided to

4  Sergeant Mahaffy?

5      A.    I don't recall.

6      Q.    Did you receive a copy of this?

7      A.    Yes.

8      Q.    When did you receive it?

9      A.    It's dated on the 9th.  I

10  assume I got it about the same time.

11     Q.    But you don't know if it was

12  provided to Sergeant Mahaffy?

13     A.    I don't know.

14     Q.    What did you do upon receiving

15  the note?

16     A.    Nothing.

17     Q.    Did you think that it required

18  any further action?

19     A.    Well, no.

20     Q.    Did you discuss it with

21  Sergeant Mahaffy?

22     A.    I don't recall.  I don't know

23  how it would legislate something that had

24  already occurred.

25     Q.    Did you think it was something

1                    BARBARA KIRKWEG

2       that you could address with Sergeant

3       Mahaffy so that you could know in the

4       future to take a different approach if you

5       felt that his conduct was somehow lacking?

6       Shouldn't you have addressed it with him so

7       that he knows that?

8              A.    No.

9              Q.    Why not?

10             A.    Because I think that this is an

11      example of personality, and I don't think I

12      have any control over his personality.

13             Q.    You don't think you have any?

14             A.    I don't think I can control his

15      personality, correct.

16             Q.    Did you talk to Sergeant

17      Mahaffy to determine whether or not this

18      did, in fact, occur?

19             A.    I don't recall talking to him,

20      no.  I did not see any reason why it would

21      be fabricated.

22             Q.    What was done with this note

23      once you received it -- strike that.

24                   Was this maintained in his

25      school file?

1          BARBARA KIRKWEG

2          Q.    Do you recognize the document?

3          A.    Yes.

4          Q.    What is it?

5          A.    It is a letter from the parent

6     coordinator documenting an incident that

7     happened with Mr. Mahaffy.

8          Q.    Is this one of the written

9     complaints from the parent coordinator

10    that's referenced in the May 3, 2008

11    termination letter?

12         A.    Yes.

13         Q.    This is written by Chandra

14    Joseph?

15         A.    Yes.

16         Q.    Have you seen this before?

17         A.    Yes, I presented it.

18         Q.    Sorry?

19         A.    Yes, I presented these

20    documents.

21         Q.    When you say you presented it,

22    you produced it in the course of this

23    litigation?

24         A.    Yes.

25         Q.    Did you -- did Ms. Joseph

BARBARA KIRKWEG

1

2  provide this statement to you?

3       A.    Yes.

4       Q.    When was that?

5       A.    It's dated February 29th, so I

6  assume that's when she did it.

7       Q.    What did you do upon receiving

8  this note?

9       A.    Nothing.

10      Q.    Did you talk to Sergeant

11 Mahaffy to confirm whether this had, in

12 fact, happened?

13      A.    No, because Ms. Mandel had come

14 to me previously because she's actually the

15 one that had to go and get Mr. Mahaffy out

16 of the room because he would not respond to

17 Ms. Joseph.

18      Q.    So, do you know whether or not

19 Ms. Mandel spoke to him about whether or

20 not --

21      A.    I know she went to the room,

22 yes, and he still refused.  And so she sent

23 him to a classroom and got one of the

24 sergeants to give the parents the uniform.

25      Q.    How do you know this?

1          BARBARA KIRKWEG

2          A.    Because she told me.

3          Q.    When did she tell you?

4          A.    I don't remember.

5          Q.    But you never spoke to Sergeant

6    Mahaffy about it?

7          A.    No, I didn't.

8          Q.    Did you ever provide him with a

9    copy of this note?

10         A.    I'm not sure if he got a copy

11   or not.

12         Q.    How was Sergeant Mahaffy's

13   conduct unprofessional?

14         A.    He was one of the Air Force

15   people who were in charge of issuing

16   uniforms.  A parent and a new student was

17   at the school to get a uniform and he

18   refused to give the uniform.

19         Q.    Did he offer any explanation?

20         A.    I didn't discuss it with him.

21   As I said, Ms. Mandel, after Ms. Joseph

22   could not get him to get the uniform for

23   the parent, went and he still refused and

24   she sent him to a classroom and had one of

25   the other sergeants issue the uniform.

1            BARBARA KIRKWEG

2        A.    I do.

3        Q.    Have you ever seen it before?

4        A.    Yes.

5        Q.    What is it?

6        A.    A letter to parents from -- it

7    says, "Members of the Bronx Aerospace High

8    School Staff."

9        Q.    Do you know when you first

10   received a copy of this letter?

11       A.    I don't know when I first

12   received it, no.  I know a parent brought

13   it.  I don't know what day it was.

14       Q.    So, a parent brought it to your

15   attention?

16       A.    Right.

17       Q.    What did they -- how did they

18   bring it to your attention?

19       A.    They brought it into the school

20   and said they received it at their home

21   through the mail.

22       Q.    Did they say anything else?

23       A.    No, I don't recall anything

24   else.

25       Q.    What was your reaction upon

1           BARBARA KIRKWEG

2    reading the letter?

3           A.    I don't remember.  Probably

4    shock.

5           Q.    Why would you have been

6    shocked?

7           A.    Well -- well, I think it's not

8    something that I with consider normal fair

9    for teachers, staff members, to do.

10          Q.    Why is that?

11          A.    Because it's a letter that's

12   extremely derogatory in nature and asks

13   people to write to the mayor.  I mean, this

14   is not something that usually happens in

15   high schools, as far as I know.

16          Q.    So, the teachers, this wasn't

17   part of their job duties?

18          A.    Not something that the

19   principal would be compensating them for,

20   no.

21               MR. FOLEY:  Objection.

22          Q.    When you received this letter,

23   whom did you think drafted it?

24               MR. KRETZ:  Objection.

25          A.    Members of the Bronx Aerospace

1                        BARBARA KIRKWEG

2      High School staff.

3           Q.    Did you think Sergeant Mahaffy

4      had been involved in drafting it?

5           A.    I thought there was a air

6      amount of information about Junior ROTC,

7      that only Junior ROTC people would have.

8      Not specifically him, but the other two and

9      I'm not sure teachers would know the

10     specifics that are contained in there.

11          Q.    Did you ever tell anyone that

12     you thought Sergeant Mahaffy drafted it?

13          A.    Absolutely not.

14          Q.    Did you talk about this letter

15     with anyone at the school?

16          A.    Oh, I don't recall.  I'm sure

17     it was common knowledge after the children,

18     you know, talked about it.

19          Q.    Common knowledge about whom?

20          A.    Among everybody at the school

21     that it was going to the children's homes.

22          Q.    Did you discuss it with

23     Ms. Mandel?

24          A.    Probably.

25          Q.    Do you recall the substance of

1          BARBARA KIRKWEG

2    things.

3          Q.    Now, it contained three

4    numbered points, correct?

5          A.    Correct.

6          Q.    Well, strike that.

7                You said you were shocked when

8    you received the letter.  Were you upset

9    that teachers would have sent this to

10   parents?

11         A.    Well, I think any principal

12   who, having something like this brought to

13   their attention, without -- at the hands of

14   a parent, would consider it a little bit

15   unusual.

16         Q.    Did you think that this was

17   something that should have been addressed

18   in-house if there were concerns about it?

19         A.    Clearly.

20         Q.    Should they have come to you

21   first?

22         A.    I don't know that they

23   necessarily should have come to me because

24   there were other administrators at the

25   school, but I don't think that they should

1          BARBARA KIRKWEG

2     have gone to parents.

3          Q.    Why not?

4          A.    Because parents don't run the

5     school.

6          Q.    Did you view this as going

7     outside the chain of commands?

8          A.    Not so much a chain of

9     commands.  I viewed it as something that

10    was unprofessional and defamatory, and it

11    should not have been done.

12         Q.    Did you believe that the

13    parents had a need to know this

14    information?

15         A.    Were the information true, I

16    think that could have been, but I disagree

17    with what was there.

18         Q.    So, if this were true, it would

19    be something that should be addressed to

20    the parents?

21              MR. FRIEDMAN:  Objection.

22         A.    Not initially.  I think if this

23    were brought to the attention of parents,

24    it should be through the department of ed

25    by changing things in the school because

1            BARBARA KIRKWEG

2    that's who run the school.  The parents do

3    not.

4          Q.    What did you do upon receiving

5    this letter?

6          A.    I don't remember if I did

7    anything specifically other than read it

8    and become shocked.

9          Q.    Did you try to find out who

10   drafted it?

11         A.    No, I did not.

12         Q.    Why not?

13         A.    Because it was unimportant.

14         Q.    Did you contact any of the

15   individuals listed here to see if any of

16   these students or any parents and ever

17   reached out to them?

18         A.    Absolutely not.

19         Q.    Now, you had said the things --

20   what's contained this letter aren't true.

21   With respect to point one, I think point

22   one discusses students running the JROTC

23   program?

24         A.    Right.

25         Q.    Did you disagree with that?

1              BARBARA KIRKWEG

2      another school?

3              A.    That's right.

4              Q.    In making the decision to

5      terminate Sergeant Mahaffy's employment

6      with the school, did you consider this

7      letter as part of that decision?

8              A.    I considered the documents that

9      were attached to the letter notifying him

10     of his termination.

11             Q.    But you suspected that he had

12     been involved in writing this letter?

13             MR. KRETZ:  Objection.

14             A.    I had no opinion about him one

15     way or the other, except there were Air

16     Force specifics here which would have meant

17     they had input from Air Force people.

18             Q.    Did you have any understanding

19     as to whether or not Sergeant Sidbury had

20     provided that information?

21             A.    I had no idea who did it.

22             Q.    Who about one of the other --

23     who else was an ROTC instructor at that

24     point?

25             A.    Sidbury, Mahaffy, McCoy.

1          BARBARA KIRKWEG

2    unique military affiliation, could lose Air

3    Force funding because of rule violations

4    and $66,800 in unaccounted money"?

5          A.    Right.

6          Q.    Is that a reference to the Air

7    Force probation that you've been notified

8    of in April of 2008?

9                MR. KRETZ:  Objection.

10         A.    I don't know.

11         Q.    I'll go to the second sentence.

12   "The Bronx Aerospace Academy, which had one

13   of the City's highest graduation rates in

14   2006, this crown jewel of the small high

15   school movement, was told by the Air Force

16   last month it had been placed on

17   probation."

18                Do you see that as the second

19   paragraph?

20         A.    I see that, yes.

21         Q.    Does that appear to be a

22   reference to the Air Force probation from

23   April 2008?

24         A.    It could be.

25         Q.    Did you speak with the reporter

1          BARBARA KIRKWEG

2    before the story was published?

3          A.    The day before, yes, she called

4    me.

5          Q.    What did you tell the reporter?

6          A.    We had a conversation.  I don't

7    remember everything I said.

8          Q.    Anyone from the City or

9    Department of Education assist you in

10   talking to the reporter?

11         A.    No, she telephoned me directly.

12         Q.    Did you talk to anyone from the

13   DOE about what to say?

14         A.    No.

15         Q.    Did you provide any -- did you

16   receive any guidance from the Department of

17   Education?  Did they have a public

18   relations department?

19         A.    I can't remember receiving

20   guidance.  I'm sure after she contacted me,

21   I would have called the president's office

22   saying I had been contacted by a press

23   reporter.  But it would not have been

24   before she called me.

25         Q.    Do you know who you spoke with

1                    BARBARA KIRKWEG

2    e-mail to Ms. Feinberg?

3          A.    Apparently not, but it looks

4    like I did.

5          Q.    Do you know who Ms. Feinberg

6    is?

7          A.    She works in the press office.

8          Q.    Is she the person that you

9    spoke to about -- the contact from The

10   Daily News report?

11         A.    Probably I would have spoken

12   with her, yes.

13         Q.    It indicates in the first

14   sentence, "Thank you for speaking with me

15   today."

16               So, is it fair to say that you

17   spoke with her on May 12, 2008?

18         A.    Probably.

19         Q.    You indicate ini the final

20   sentence, the third paragraph, "The points

21   I would like to make to Ms. Einhorn who has

22   a copy of the letter are," and you outline

23   a number of points.

24               Did you discuss this with

25   Ms. Feinberg?

1              BARBARA KIRKWEG

2        A.    No, apparently I just written

3   this to her then.

4        Q.    So, is this what you did

5   discuss with her earlier that day?

6        A.    I don't remember having the

7   discussion with her until you just showed

8   me.  I don't remember this.

9        Q.    You indicate in the e-mail, the

10  first point, it's in reference to the

11  discrepancy in Air Force funds, that "Only

12  Air Force sergeant had access to the funds

13  during the time period in question"?

14       A.    Right.

15       Q.    "And, therefore, the

16  discrepancy must be answered by Air Force

17  personnel"?

18       A.    Right.

19       Q.    What is that a reference to?

20       A.    I'm assuming that this reporter

21  had called me and said she had a copy of

22  this letter.  And I'm saying that I had no

23  opportunity to misuse or unaccount for

24  $66,800 because I did not have access to

25  the funds, which is what I stated to the

1          BARBARA KIRKWEG

2    reporter.

3          Q.    When you say you didn't have

4    assess to the funds, talking about at that

5    time?

6          A.    It specifically gives a period

7    of time that the funds were missing, and

8    I'm saying, then you've got to ask the

9    sergeants because I didn't have access to

10   it.

11         Q.    But previously, you had access

12   to the Air Force funds?

13         A.    Doesn't talk about previously.

14   It talks about a specific term.

15         Q.    But my question is:

16   Previously, did you have access to the Air

17   Force funds?

18         A.    Yes, and previously I received

19   a letter that said that the discrepancy was

20   not more than $3,000.  Which, in my

21   estimation, is considerably less than

22   66,800.

23         Q.    Turning back to the article

24   that you have in the exhibits, I believe

25   it's 45.

1          BARBARA KIRKWEG

2     A.    Okay.

3     Q.    If you turn to the eighth

4     paragraph --

5     A.    Okay.

6     Q.    It says that "Kirkweg said the

7     Air Force probation came on the words of a

8     retired Air Force sergeant whose she's

9     firing from the ROTC program.  That

10    sergeant she said, is one of the people in

11    charge of the ROTC account while funds were

12    in question."

13              Do you recall discussing this

14    with the reporter?

15    A.    I don't remember those exact

16    words, but I think that is my general

17    belief.

18    Q.    Did you tell the Reporter that

19    the probation came on the words of an Air

20    Force sergeant that you were firing from

21    the ROTC program?

22    A.    I could have.  I don't remember

23    specifically.

24    Q.    How else would the reporter

25    have gotten the information?

1        BARBARA KIRKWEG

2        Q.    Now, turning back to the

3   article, it indicates, the same paragraph

4   I'm referring to earlier that, "Kirkweg

5   said that the Air Force probation came on

6   the word of a retired Air Force sergeant

7   that she was firing from the program."

8              Did you believe that the Air

9   Force probation came off Sergeant Mahaffy's

10  word?

11       A.    I did.

12       Q.    Why did you believe that?

13       A.    Well, I think previous to that,

14  we had had a meeting with people that he

15  invited from the Air Force and shortly

16  after the meeting, we were placed on

17  probation.  So, I thought not just him, but

18  the sergeants were, you know, involved in

19  the Air Force coming to that decision.

20       Q.    But here you only reference one

21  Air Force sergeant.

22       A.    Again, that could have been

23  something that she took to mean just one.

24  I don't remember if I said sergeant or

25  sergeants.  I certainly think that they all

1  BARBARA KIRKWEG

2        MR. KRETZ:  Objection.

3      A.    One is written with the full

4  name and one appears to be just initials.

5  That's the way it appears to me.

6      Q.    Did you ever instruct Sergeant

7  Mahaffy or sudden berry to use ROTC funds

8  for any particular purpose?

9      A.    I did not instruct him to use

10  ROTC funds for any particular purpose, no,

11  I did not.

12      Q.    Did you ever ask Sergeant

13  Mahaffy or sergeant sudden Berry to

14  reimburse the school for any expenditures?

15      A.    I think we had some trips that

16  they had spent money for that we asked them

17  to pay for something else instead of that,

18  but they've never written a check to the

19  school, no.

20      Q.    When was this -- when you are

21  referring to reimburse the school for

22  expenses --

23      A.    During the course of the years,

24  there were times when they wanted to go

25  places, they didn't have funds, the school

1        BARBARA KIRKWEG

2        Q.    Did you instruct them to pay

3    the banquet on behalf of the school?

4        A.    I could not instruct them to do

5    anything with the funds.  I could ask that

6    they do something for the school as the

7    school had done for them.

8        Q.    Did you ask them to?

9        A.    I'm sure over the course --

10   yeah, like I remember a banquet.  I

11   remember that because I have seen it in

12   these documents that were presented by

13   Mr. Mahaffy.

14       Q.    So, the Air Force funds were

15   used to pay for the school -- is that the

16   end of the year banquet?

17       A.    Let me try this again.  All of

18   the students in the school were members of

19   Junior ROTC, so Air Force funds could be

20   used to pay for functions that those

21   children attended.

22       Q.    So, it was appropriate to use

23   that?

24       A.    In my opinion, yes.

25       Q.    Did you ever instruct Sergeant

1          BARBARA KIRKWEG

2    Mahaffy to loan money from the ROTC account

3    to a teacher or instructor at the school?

4          A.    I could not instruct Sergeant

5    Mahaffy to do anything with the money and I

6    did not.

7          Q.    Did you ever ask him to?

8          A.    No.

9          Q.    Are you aware of a loan that

10   was made -- strike that.

11               Are you aware of a loan that

12   was made to a Mr. Brasswell?

13         A.    I am aware of it.

14         Q.    Whose Mr. Brasswell?

15         A.    He is a substitute teacher at

16   the school.

17         Q.    What does he teach?

18         A.    He teaches physical education.

19         Q.    Were you aware of a loan that

20   was made to him in the amount of $2,000

21   from the Air Force funds?

22         A.    I'm aware of it.

23         Q.    Were you aware of it before the

24   loan was made?

25         A.    Not before the loan was made.