# Exhibit 7

```
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ROBERT A. MAHAFFY,
                    PLAINTIFF,

                                   Docket No.
                                   09 CV 1593

        -against-

THE CITY OF NEW YORK; THE NEW
YORK CITY DEPARTMENT OF EDUCATION;
BRONX AEROSPACE ACADEMY HIGH SCHOOL;
and BARBARA KIRKWEG, in her official
and individual capacities,

                    DEFENDANTS.
------------------------------------------X



       DEPOSITION OF ELENA PAPLIBERIOS

            New York, New York

          Monday, June 14, 2010




Reported by:
AYLETTE GONZALEZ
Job No. 19437
```

1  ELENA PAPLIBERIOS
2  on file.
3      Q.  But the rating for the school
4  year should reflect the performance during
5  the entire school year?
6      MR. FOLEY:  Objection.
7      Q.  Is that fair to say?
8      A.  It does have an overall rating
9  for the year.  Principals have the option
10 to do one or two observation reports.  If
11 those lead to unsatisfactory ratings, it's
12 enough to be able to have some be
13 unsatisfactory.
14     Q.  Now, you had said that the
15 school -- the last sentence in the first
16 paragraph, you indicate, "Ms. Kirkweg had
17 proceeded with that process."
18     That was her discontinuing
19 Sergeant Mahaffy's employment?
20     A.  Correct.
21     Q.  Does Ms. Kirkweg need anyone's
22 approval in order to terminate an employee?
23     MR. FOLEY:  Objection.
24     A.  Not necessarily.  They decide
25 to recommend, the superintendent signs off

```
 1                    ELENA PAPLIBERIOS
 2    on that.
 3         Q.    You would signoff on any
 4    discontinuance of Sergeant Mahaffy?
 5         A.    Yes.
 6         Q.    The same you would signoff on
 7    any performance review whether it be
 8    satisfactory or unsatisfactory?
 9         A.    Overall performance review,
10    yes, for the year.
11         Q.    Does anybody else at the
12    Department of Education signoff other than
13    you?
14         A.    No.
15         Q.    Now, you close -- skipping down
16    to the bottom of your e-mail, you close
17    with "I hope that this will resolve your
18    concerns."
19               What concerns did you believe
20    Colonel Ragaller had regarding the school?
21               MR. KRETZ:  Objection.
22         A.    Well, what was on the letter.
23    This addresses some of those concerns.
24         Q.    So, you hoped that this
25    addressed the concerns in the letter.
```

1  ELENA PAPLIBERIOS
2  authority?
3      A.   It looks that way.  There's a
4  DW next to it, which I'm assuming is
5  initials for somebody that signed it.
6      Q.   So, somebody signed it on
7  Mr. Klein's behalf?
8      A.   It looks that way.
9      Q.   Now, if you had received this,
10 would you have viewed it as a directive
11 from Mr. Klein?
12     A.   The chancellor's signature is
13 on many of the documents.  Doesn't
14 necessarily mean that he's involved
15 personally in each of the grievances, but
16 certainly he oversees the department.
17     Q.   Either he or someone he
18 designates to act on his behalf?
19     A.   Absolutely.
20     Q.   And in this case, it would
21 indicate to you that he designated someone
22 to act on his behalf?
23     A.   Yes, the chancellor's rep and
24 someone's name.
25          MR. FOLEY:  Are we going to