# Exhibit 57

Exhibit To Be Filed Under Seal Pending
Order Of The Court